UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELEVANCE HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01200-JMS-MKK |
| | ) | |
| SHANE HOCHRADEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF CASE REASSIGNMENT

The Court, *sua sponte*, now orders this case randomly reassigned due to the requirements of workload pursuant to S.D. Ind. L.R. 40-1(f). The Clerk is directed to randomly reassign the case to another district judge. No magistrate judge reassignment shall occur.

IT IS SO ORDERED.

Date: 6/8/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Kandi Kilkelly Hidde
FBT Gibbons LLP
khidde@fbtgibbons.com

Patricia Roman Hass
FBT Gibbons LLP
promanhass@fbtgibbons.com

Cameron Suzanne Trachtman
Frost Brown Todd LLP
ctrachtman@fbtgibbons.com